## Hewitt *against* Fitch.

An issue to try the fact of usury, on a judgment, will not be awarded, unless the usury be denied, or the fact is put in doubt.

HOPKINS, for the defendant, moved to set aside a judgment which had been entered upon a warrant of attorney, on the ground of usury, which was disclosed in the defendant's affidavit.

*Edwards*, contra, said, that the proper course was to award an issue to try the fact of usury. (*Starr* v. *Schuyler*, *ante*, 139.) He offered no counter-affidavit.

*Per Curiam.* When the fact is put in doubt, we award an issue, which is merely to inform the conscience of the court. But where the usury is not denied, nor any doubt suggested, there can be no occasion for that proceeding.

Rule granted.